UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMKAIDO CRAB,

    Plaintiff,

  v.

NEREIDA INTERNATIONAL, *et al.*,

    Defendants.

Case No. C06-0166RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. Plaintiff filed its Complaint for Leave to Take Discovery on January 31, 2006 seeking an order allowing it to obtain discovery from entities in this judicial district to aid in a proceeding in Russia. The Court granted plaintiff's subsequent motion to take discovery in April 2006. Since then, plaintiff has not filed any documents in this case.

    Because the only relief requested in this action was an order permitting discovery and the Court has granted that motion, plaintiff must show cause within ten days of the date of this order why this case should not be closed. The Clerk of the Court is directed to place this order to

ORDER TO SHOW CAUSE - 1

1  show cause on the Court's calendar for consideration on October 20, 2006.

3      DATED this 4th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28  ORDER TO SHOW CAUSE - 2