UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMKAIDO CRAB,

    Plaintiff,

  v.

NEREIDA INTERNATIONAL, *et al.*,

    Defendants.

Case No. C06-0166RSL

SECOND ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. Plaintiff filed its Complaint for Leave to Take Discovery on January 31, 2006 seeking an order allowing it to obtain discovery from entities in this judicial district to aid in a proceeding in Russia. The Court granted plaintiff's subsequent motion to take discovery in April 2006.

    Because the only relief requested in this action was an order permitting discovery and the Court granted that motion, the Court subsequently ordered plaintiff to show cause why this case should not be closed. In October 2006, plaintiff responded that it intended to complete all discovery by December 31, 2006.

    Accordingly, plaintiff must show cause within ten days of the date of this order why this case should not be closed. The Clerk of the Court is directed to place this order to show cause

SECOND ORDER TO SHOW CAUSE - 1

1 | on the Court's calendar for consideration on January 30, 2007.

3 |       DATED this 12th day of January, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

28 | SECOND ORDER TO SHOW CAUSE - 2