1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMKAIDO CRAB,

    Plaintiff,

    v.

NEREIDA INTERNATIONAL, *et al.*,

    Defendants.

Case No. C06-0166RSL

ORDER VACATING
ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. Plaintiff filed its Complaint for Leave to Take Discovery on January 31, 2006 seeking an order allowing it to obtain discovery from entities in this judicial district to aid in a proceeding in Russia. The Court granted plaintiff's subsequent motion to take discovery in April 2006. Subsequently, plaintiff did not file any documents in this case. Because the only relief requested in this action was an order permitting discovery and the Court granted that motion, the Court ordered plaintiff to show cause why this case should not be closed.

    On January 23, 2007, plaintiff responded and requested that the case remain open to allow it additional time to complete discovery. Accordingly, the Court's Order to Show Cause

ORDER VACATING
ORDER TO SHOW CAUSE - 1

1  (Dkt. #18) is VACATED.  Plaintiff must notify the Court within ten days after it has completed
2  its discovery efforts so that the Court can close this case.

4  DATED this 25th day of January, 2007.

*(signature)*

Robert S. Lasnik
United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE - 2