1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMKAIDO CRAB,

        Plaintiff,

    v.

NEREIDA INTERNATIONAL, *et al.*,

        Defendants.

Case No.  C06-0166RSL

ORDER OF DISMISSAL

This matter comes before the Court on its third order to show cause why this case should not be closed because the only relief requested in this action was an order permitting discovery, the Court granted that motion, and plaintiff has not filed any documents in the case since March 2007.  Plaintiff did not respond to the order to show cause.  Accordingly, this case is DISMISSED without prejudice.

DATED this 14th day of December, 2007.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL